UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA K. MARRS and DAVID L. MARRS, wife and husband,<br><br>                      Plaintiffs,<br><br>   v.<br><br>HOME DEPOT U.S.A., INC., a foreign profit corporation doing business in Washington State,<br><br>                      Defendants. | NO: 2:20-CV-0052-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice (ECF No. 11). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B) and provides for the dismissal of the action with prejudice and without an award of costs or attorneys' fees to either party. The Court has reviewed the record and files herein, and is fully informed.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without an award of costs or attorneys' fees to either party.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** July 24, 2020.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2