# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

PAMELA K. MARRS and DAVID L. MARRS, wife and husband,

*Plaintiff*

v.

HOME DEPOT U.S.A., INC., a foreign profit corporation doing business in Washington State,

*Defendant*

Civil Action No. 2:20-CV-0052-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   This action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE   on a Stipulated Motion to Dismiss at ECF No. 11.

Date: July 24, 2020

*CLERK OF COURT*

SEAN F. McAVOY

Linda L Hansen

*(By) Deputy Clerk*
Linda L Hansen

e Fortenberry